UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:23-CV-30084

THE RIGHT TO BEAR FARMS LLC &
SILLY GOOSE PRODUCTIONS LTD,

    Plaintiffs,

v.

DEGRENIER CONTRACTING AND
PROPERTY MANAGEMENT LLC,
CHAD DEGRENIER & CARIN
DEGRENIER,

    Defendants

## STIPULATION OF DISMISSAL

In accordance with the provisions of Fed.. R. Civ. P. 41, the parties to the above-captioned matter hereby stipulate to dismiss with prejudice, without costs or attorney's fees, and waiving all rights of appeal, any and all claims against the defendants, in the above action.

| Plaintiff, | Defendants, DeGrenier Contracting and |
| By Its Attorneys, | Property Management LLC, Chad DeGrenier & Carin DeGrenier, |

By Their Attorneys,

/s/__Jennifer E. McDonald
_____
Jennifer E. McDonald, Esq.
*Appearing Pro Hac Vice*
Downs Rachlin Martin PLLC
199 Main Street, PO Box 190
Burlington, VT 05402-0190
(802) 863-2375
Fax: (802) 862-7512
jmcdonald@drm.com

/s/       Kathleen A. Federico _____
Grace V.B. Garcia, BBO #640970
ggarcia@morrisonmahoney.com
Kathleen A. Federico, BBO #682722
kfederico@morrisonmahoney.com
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210-1181
Phone:   617-439-7500
Fax:       617-342-4931

104296347

## Certificate of Service

    I hereby certify that this documents(s) filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 15, 2025.

                                        */s/ Kathleen A. Federico*

                                        Kathleen A. Federico

104296347